**IN THE UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF NEW YORK

DEBORAH LAUFER, Individually,

    Plaintiff,

v.

DICEPHALOUS PROPERTIES II COMPANY, LLC, WIDEWATERS ERA HOTEL PROP LLC, WIDEWATERS HOTELS, LLC, and WW DICEPHALOUS HOTEL PROP, LLC, New York Corporations,

    Defendants.

**Case No.:** 6:20-cv-06184-LJV

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendants hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendants in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on November 3, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Robert J. Thorpe* |
| Tristan W. Gillespie | Robert J. Thorpe |
| | |
| THOMAS B. BACON, P.A. | Barclay Damon LLP |
| 5150 Cottage Farm Rd. | 125 East Jefferson Street |
| Johns Creek, GA 30022 | Syracuse, NY 13202 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |